**Paul MELCHER; et al., Plaintiffs—Appellants,**

**v.**

**CITY OF SAN LUIS; et al., Defendants—Appellees.**

No. 08–15866.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 9, 2009.

Filed Oct. 16, 2009.

Richard Moreno Martinez, Esquire, Law Office of Richard M. Martinez, Tucson, AZ, for Plaintiffs–Appellants.

Richard S. Cohen, Ford & Harrison LLP, Phoenix, AZ, for Defendants–Appellees.

Before: WALLACE, THOMPSON and THOMAS, Circuit Judges.

* This disposition is not appropriate for publication and is not precedent except as provided

MEMORANDUM *

Plaintiff–Appellants Melcher, Salcido, and Torres appeal from the district court's summary judgment for Defendants. After reviewing the briefs and the record, and considering the oral argument presented by counsel, we affirm the judgment for the reasons set forth in the district court's well-reasoned opinion dated March 12, 2008, 2008 WL 691853.

**AFFIRMED.**